UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

8:07CV1168 T30 TGW

DENNIS HUNT
    Plaintiff,

-v-

Case No. _____

Defendant(s)

FILED 07 JUL -3 PM 3:21

### AFFIDAVIT OF INDIGENCY

I, Dennis Hunt, being first duly sworn, depose and make under oath the following application and affidavit, pursuant to Title 28 USC § 1915, to proceed *in forma pauperis* in the United States District Court for the Middle District of Florida. I am unable to make prepayment of fees and costs or to give security therefor, and it is my belief that I am entitled to redress, and that I have not, for the purpose of avoiding payment of said cost, divested myself of any property, monies, or any items of value.

**I. BRIEF STATEMENT OF THE NATURE OF THE ACTION:**

42 U.S.C. §1983 - Civil Rights

Hunt v. Hillsborough County et al                                                                                                              Doc. 2

**II. RESIDENCE**

Affiant's address:     2009 E 26th Ave Unit D

                                    Tampa, FL 33605

### III. MARITAL STATUS:

1. Single **X**    Married ___    Separated ___    Divorced ___

2. If married, spouse's full name: __NA__

### IV. DEPENDENTS:

1. Number: __NONE__

2. Relationship to dependent(s): __NA__

3. How much money do you contribute to your dependents' support on a monthly basis? $__NA__

### V. EMPLOYMENT OR DISABILITY INCOME:

(Information provided below applies to your present employment or last employment).

1. Name of employer: __NONE    Disabled – SSD - Qualified Individual with Disabilities__

   a. address: __Social Security Administration, 3415 E Frontage Rd__
   (Street)

   __Tampa__   __FL__   __33607__
   (City)    (State)   (Zip)

   b. State how long affiant has been (was) employed by present (or last) employer?

   Years: __0__    Months: __0__

   c. Disability Income:   Monthly $ __750.__   or Weekly: $ _____

   d. What is (was) the affiant's job title? __None – Disabled__

2. If unemployed, date of last employment: __Around year of 1995 or 1996.__

3. Is spouse employed? __NO__    If so, name of employer: __NA__

   a. Income:   Monthly $ __0__   or Weekly: $ __0__

   b. What is spouse's job title? __NA__

4. Are you and/or your spouse receiving welfare aid?   Yes ___   No **X**

   If so, amount:   Monthly $ __0__   or Weekly $ __0__

### VI. FINANCIAL STATUS:

1. Owner of real property (excluding ordinary household furnishings and clothing):

    a. Description: _____ NONE _____

    b. Full address: _____ NA _____
    (street)

    _____ NA _____
    (City)        (State)        (Zip)

    c. In whose name? _____ NA _____

    d. Estimated value:                           $ _____ 0 _____

    e. Total amount owed:                        $ _____ 0 _____

        Owed to: _____ NA _____ for         $ _____ 0 _____

        _____ NA _____ for                  $ _____ 0 _____

    f. Annual income from property:              $ _____ 0 _____

2. Other assets/property:

    a. Automobile: Year __1985__ Make __Pontiac__ Model __Fiero__

    In whose name registered: _____ Dennis Hunt _____

    Present value of car:                         $ ____ 300. to 400. ____

    Amount owed:                                  $ ____ 0 ____

    Owed to:            _____ NA _____

    b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else:    $ _____ 30. _____

    c. List monies received during the last twelve (12) months into your hands, into banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

Business, profession, or other forms of

self employment:                                 $ _____ 0 _____

Rent payments, interest, or dividends:           $ _____ 0 _____

    Pensions, annuities, or life insurance payments   $ _____ 0 _____

    Gifts or inheritances:                       $ _____ 0 _____

    Stocks, bonds, or notes:                     $ _____ 0 _____

        Other sources:     $ __0__

3.     Obligations:

    a.     Monthly rental on house or apartment:     $ __400.__

    b.     Monthly mortgage payments on house:     $ __0__

4.     Other information pertinent to affiant's financial debts and obligations:

| __STATE OF CT__ | __11,000.__ | __—__ |
|---|---|---|
| (Creditor) | (Total debt) | (Monthly payment) |
| __IRS__ | __2,500.__ | __—__ |
| (Creditor) | (Total debt) | (Monthly payment) |
| __U.S. DEPT EDUC.__ | __26,000__ | __—__ |
| (Creditor) | (Total debt) | (Monthly payment) |

Other (explain): _____

## VII. FOR PRISONER AFFIANTS ONLY:

1. Date(s) of incarceration: _____NA_____

2. Estimated release or parole date: _____NA_____

3. A copy of the prisoner's account statement containing all transactions in affiant's prisoner account **for the six (6) months immediately preceding the filing of the Complaint or Petition must accompany this Affidavit**. The account statement must be obtained from an authorized official of each prison at which the prisoner is or was confined during this period of time. The account statement must be in the form of a computer printout or bank ledger card prepared by the institution or an account statement prepared by an authorized officer of the institution. **Failure to provide this account statement may result in the dismissal of this action.**

The requirement to submit the account statement does not negate the prisoner affiant's responsibility to ensure that the Affidavit Certificate found on page 6 of this Affidavit of Indigency is also properly executed and filed.

### VIII. ALL AFFIANTS MUST READ AND SIGN

**I UNDERSTAND** that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury of making false statements. **FURTHER, I CERTIFY** that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

UNDER PENALTIES OF PERJURY, I SWEAR THE FACTS STATED HEREIN ARE TRUE AND CORRECT.

July 3, 2007
DATE

_____
Signature of Affiant

STATE OF FLORIDA

COUNTY OF _____

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS _____ DAY OF _____, 20_____, BY _____DENNIS HUNT_____
(Insert name of person acknowledged)

WHO IS PERSONALLY KNOWN TO ME

OR WHO HAS PRODUCED _____
(State type of identification)

AS IDENTIFICATION AND WHO ( DID _____ ) ( DID NOT _____ ) TAKE AN OATH.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:

_____