UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENNIS HUNT,

    Plaintiff,

v.

HILLSBOROUGH COUNTY, et al.,

    Defendants.

CASE No. 8:07-CV-1168-T-30TGW

O R D E R

I find it appropriate to recuse myself from sitting as United States Magistrate Judge in this matter because my daughter is a corporal with the Tampa Police Department. 28 U.S.C. 455(a). Accordingly, the Clerk is **DIRECTED** to assign this case by random selection to another United States Magistrate Judge.

IT IS SO ORDERED.

DONE and ORDERED at Tampa, Florida, this 3rd day of August, 2007.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE