# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DENNIS HUNT, *pro se*,

     Plaintiff(s),

v.                                                        Case No: 8:07-CV-1168-T-30TBM

HILLSBOROUGH COUNTY, et al.,

     Defendant(s).
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas B. McCoun, III (Dkt. #7). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

    1.    The Report and Recommendation (Dkt. #7) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes,

including appellate review.

2. The Plaintiff's application to proceed *in forma pauperis* is DENIED without prejudice.

3. The Plaintiff's Complaint (Dkt. #1) is DISMISSED without prejudice.

4. The Plaintiff may file an Amended Complaint, should he choose to do so, within twenty (20) days of the date of this Order, in a form consistent with Rule 8.

5. Plaintiff's Motion for the Court to Direct Service of the Summons and Complaint by U. S. Marshal, Motion for Extension of Time for Service, and Motion for the Court to Appoint an Attorney to Represent the Plaintiff is DENIED as moot.

6. Plaintiff's failure to file an Amended Complaint within twenty (20) days of the date of this Order shall result in the dismissal of this action without further notice.

**DONE** and **ORDERED** in Tampa, Florida on February 26, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Even\2007\07-cv-1168.adopt r r 7.wpd