AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## MIDDLE District of FLORIDA

DENNIS HUNT
Plaintiff,

v.

LAW LIBRARY BOARD, a Board created by Hillsborough County, FL; NORMA J. WISE, in her official capacity as Director of the James J. Lunsford Law Library, and individually, and, DAVID L. PILVER, individually,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NO: 8:07-CV-1168-T-30TBM



TO: (Name and address of Defendant)

David L. Pilver
8649 N. Himes Avenue, Apt. 921
Tampa, Florida   33614-8364

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ryan Christopher Rodems, Esquire
Barker, Rodems & Cook, P.A.
400 N. Ashley Drive, Suite 2100
Tampa, Florida  33602
(813) 489-1001

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH                                MAR 2 8 2008

CLERK                                           DATE

(By) DEPUTY CLERK  _Liz Vasquez_

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of FLORIDA

DENNIS HUNT
Plaintiff,

v.

LAW LIBRARY BOARD, a Board created by Hillsborough County, FL; NORMA J. WISE, in her official capacity as Director of the James J. Lunsford Law Library, and individually, and, DAVID L. PILVER, individually,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NO: 8:07-CV-1168-T-30TBM

TO: (Name and address of Defendant)

Norma J. Wise, Director
James J. Lunsford Law Library
501 E. Kennedy Blvd., Suite 100
Tampa, Florida 33602

RECEIVED 08 MAR 28 PM 2:56 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ryan Christopher Rodems, Esquire
Barker, Rodems & Cook, P.A.
400 N. Ashley Drive, Suite 2100
Tampa, Florida 33602
(813) 489-1001

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH

MAR 2 8 2008

CLERK

DATE

(By) DEPUTY CLERK _/s/ Liz Vasquez_

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of FLORIDA

DENNIS HUNT
  Plaintiff,

v.

LAW LIBRARY BOARD, a Board created by Hillsborough County, FL; NORMA J. WISE, in her official capacaity as Director of the James J. Lunsford Law Library, and individually, and, DAVID L. PILVER, individually,
  Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NO: 8:07-CV-1168-T-30TBM



TO: (Name and address of Defendant)

Law Library Board
c/o Mary Ellen Farris, Esquire
601 E. Kennedy Blvd., 27th Floor,
Tampa, Florida  33601

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ryan Christopher Rodems, Esquire
Barker, Rodems & Cook, P.A.
400 N. Ashley Drive, Suite 2100
Tampa, Florida  33602
(813) 489-1001

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH                          MAR 2 8 2008
_____         _____
CLERK                                     DATE

(By) DEPUTY CLERK  /s/ Vasquez