UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DENNIS HUNT, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LAW LIBRARY BOARD, )<br>a Board created by Hillsborough )<br>County, Florida, )<br>)<br>NORMA J. WISE, )<br>in her official capacity as Director )<br>of the James J. Lunsford Law )<br>Library, and individually, and, )<br>)<br>DAVID L. PILVER, )<br>individually, )<br>)<br>Defendants. )<br>_____) | Case No. 8:07-cv-1168-T-30TBM |

## NOTICE OF APPEARANCE

Stephen M. Todd, attorney for the Defendants, hereby enters his Notice of Appearance on behalf of Defendants, Law Library Board, Norma J. Wise, and David L. Pilver.

Please forward copies of all future papers and pleadings to the undersigned counsel.

/s/ Stephen M. Todd
_____
Stephen M. Todd
Senior Assistant County Attorney
Post Office Box 1110
Tampa, Florida 33601-1110
(813) 272-5670
Florida Bar No. #0886203
todds@hillsboroughcounty.org
Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been forwarded by CM/ECF electronic transmission to Ryan Christopher Rodems, Esquire, on this 2nd day of April, 2008.

Stephen M. Todd, Esquire
Senior Assistant County Attorney

PMT/SMT/HUNT v. HC/#08-829/HC'S NOTICE OF APPEARANCE.doc