UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENNIS HUNT,

        Plaintiff,                     Case No: 8:07 CV-1168-T-30TBM

vs.

LAW LIBRARY BOARD, NORMA J. WISE,
and DAVID L. PILVER,

        Defendants.
_____/

### DEFENDANT LAW LIBRARY BOARD'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSIVE PLEADING, WITH INCORPORATED MEMORANDUM OF LAW IN SUPPORT

COMES NOW Defendant Law Library Board, and through its undersigned counsel files its Unopposed Motion for Enlargement of Time to File a Responsive Pleading that is responsive to Plaintiff's Verified Amended Complaint (Doc. 9). As grounds therefore, the Law Library Board states as follows:

1. The undersigned's office is in the process of researching the legislative history of Florida Special Acts, Acts of Local Application and county ordinances, to determine the authority of the Law Library Board to sue and be sued. At issue is whether the Law Library Board is the correct Defendant at bar for liability based on the theories presented in the Amended Complaint.

2. The Law Library's counsel and Plaintiff's counsel have agreed that the proper time and research should be expended so this lawsuit can be presented against the proper parties. Plaintiff's counsel has also agreed to permit undersigned until and

Dockets.Justia.com

including April 30, 2008 within which to file a responsive pleading on behalf of the Law Library Board, to permit the necessary research to be concluded.

3. The Law Library Board therefore requests that the Court grant it until and including April 30, 2008 within which to file a pleading that responds to Plaintiff's Amended Complaint.

/s/ Stephen M. Todd
Stephen M. Todd
Senior Assistant County Attorney
Florida Bar No. 0886203
Hillsborough County Attorney's Office
Post Office Box 1110
Tampa, Florida 33601-1110
(813) 272-5670
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served to **Ryan Christopher Rodems, Esq.**, Barker, Rodems & Cook, P.A., via the Clerk's CM/ECF electronic filing system, on this 18th day of April 2008.

/s/ Stephen M. Todd
Stephen M. Todd

2