# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**DENNIS HUNT,**

    **Plaintiff,**

**v.**           Case No. 8:07-cv-1168-T-30TGW

**NORMA J. WISE, as Library Director,
James J. Lunsford Law Library, in her
official and individual capacities, et al.,**

    **Defendants.**
_____/

## ORDER TO SHOW CAUSE

A review of the file shows that no Case Management Report has been filed by the parties within the time proscribed in Local Rule 3.05.

Accordingly, it is **ORDERED AND ADJUDGED** that the Plaintiff(s) shall **within eleven (11) days of the date of this Order SHOW CAUSE, in writing,** why this action should not be dismissed for failure to file a Case Management Report pursuant to Local Rule 3.05. **Failure to do so shall result in this action being dismissed without further notice.**

**DONE** and **ORDERED** in Tampa, Florida on July 14, 2008.

                                 JAMES S. MOODY, JR.
                                 UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2007\07-cv-1168.osc cmr.frm