**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**DENNIS HUNT,**

    **Plaintiff,**

**v.**                                                          **Case No. 8:07-cv-1168-T-30-TBM**

**NORMA J. WISE, DAVID L. PILVER,
SANDRA KELLAHER and LAW LIBRARY
BOARD,**

    **Defendants.**
_____/

**NOTICE OF SCHEDULED MEDIATION**

    PLEASE BE ADVISED that this case has been scheduled for mediation to be held before Peter J. Grilli, Esq. on:

**DATE AND TIME:**     **Wednesday, March 18, 2009, 9:00 a.m. (½ day)**

**LOCATION:**          **Peter J. Grilli Mediation
                       3001 West Azeele Street
                       Tampa, Florida  33609**

    I HEREBY CERTIFY that January 7, 2009 I electronically filed the foregoing document with the United States District Court, U.S. Courthouse, 801 North Florida Avenue, Tampa, Florida which will electronically send copies to:

Ryan C. Rodems, Esquire        Stephen M. Todd, Esquire

                                 /s/ Peter J. Grilli
                                 Peter J. Grilli, Esq.
                                 Florida Bar No. 237851
                                 Mediator
                                 3001 West Azeele Street
                                 Tampa, Florida 33609
                                 813.874.1002   Fax: 813.874.1131
                                 email: meditr@aol.com