UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENNIS HUNT,

    Plaintiff,

vs.                              Case No. 8:07-cv-1168-T-30TBM

LAW LIBRARY BOARD,
  a Board created by
  Hillsborough County, Florida;

NORMA J. WISE,
  in her official capacity as Director
  of the James J. Lunsford Law Library,
  and individually; and,

DAVID L. PILVER,
  individually,

    Defendants.
_____/

## BARKER, RODEMS & COOK'S, P.A. MOTION FOR LEAVE TO WITHDRAW AS ATTORNEYS OF RECORD AND MOTION TO STAY PROCEEDINGS AND TOLL RESPONSE TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Ryan Christopher Rodems, Esquire, and Barker, Rodems & Cook, P.A. move for leave to withdraw as Plaintiff Dennis Hunt's counsel, and as grounds therefor would state:

    1.    Irreconcilable differences have arisen. Pursuant to Middle District Local Rule 2.03(b), notice was provided to Plaintiff and opposing counsel on January 24, 2009.

    2.    The undersigned requests that the Court stay the proceedings for 30 days following the Order permitting the undersigned to withdraw to afford Plaintiff time to find replacement counsel. Defendant Pilver served and filed a motion for summary judgment on January 23, 2009, and therefore a response is due on or before February 9, 2009. Defendant

Hunt v. Hillsborough County et al   Doc. 3

Dockets.Justia.com

Wise served a motion for summary judgment on January 26, 2009, and therefore a response is due on or before February 12, 2009.

3. Before filing the instant motion, I certify that I conferred with Plaintiff and Stephen Todd, Esquire, regarding the motion to withdraw. Neither objects.

4. I also conferred with Defendant's counsel regarding staying the action, and he has no objection.

DATED this 6th day of February, 2009.

/s/ Ryan C. Rodems
RYAN CHRISTOPHER RODEMS, ESQUIRE
Florida Bar No. 947652
Attorney for Plaintiff
BARKER, RODEMS & COOK, P.A.
400 North Ashley Drive, Suite 2100
Tampa, Florida 33602
Telephone: (813) 489-1001
Fax: (813) 489-1008
E-mail: rodems@barkerrodemsandcook.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following, counsel for Defendant: Stephen Todd, Esquire [ToddS@hillsboroughcounty.org]

I also served a copy of this motion on Plaintiff, Dennis Hunt, by electronic mail to huntdennis2007@yahoo.com and by U.S. Mail to: 2319 Nantucket Drive Sun City Center, Florida 33573.

/s/ Ryan C. Rodems
RYAN CHRISTOPHER RODEMS, ESQUIRE