UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DENNIS HUNT,**

  **Plaintiff,**

v.              Case No.  8:07-cv-1168-T-30TGW

**HILLSBOROUGH COUNTY, et al.,**

  **Defendants.**

_____/

### ORDER

  THIS CAUSE comes before the Court upon Barker, Rodems & Cook's. P.A. ("Plaintiff's Counsel") Motion for Leave to Withdraw as Attorneys of Record and Motion to Stay Proceedings and Toll Response to Defendants' Motion for Summary Judgment (Dkt. 33).  Upon review and consideration, it is ORDERED AND ADJUDGED that:

  1.  Plaintiff's Counsel's Motion (Dkt. 33) is **GRANTED**.

  2.  Ryan Christopher Rodems, Esq., and the law firm of Barker, Rodems & Cook, P.A., are relieved of any further duty as counsel for Plaintiff upon the condition that counsel serves Plaintiff with a copy of this Order, **by either personal service or certified mail, within ten (10) days of the date of this Order.**  Additionally, counsel shall file in this cause a certificate of service of a copy of this Order, showing the date of such service if served personally or a return receipt if served by mail.

  3.  This action is **STAYED** for **thirty (30) days**, during which time Plaintiff may have substitute counsel file a Notice of Appearance or to notify the Court of his intent to

proceed *pro se*. If no counsel files a notice of appearance, Plaintiff shall be considered as proceeding *pro se* with a record address of: **2319 Nantucket Drive, Sun City Center, Florida 33573**.

**DONE** and **ORDERED** in Tampa, Florida on February 11, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-1168.mt withdraw and stay.frm