**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DENNIS HUNT,**

       **Plaintiff,**

                                Case No. 8:07-cv-1168-T-30TBM

**vs.**

**LAW LIBRARY BOARD, et al.,**

       **Defendants.**
_____/

**NOTICE OF COMPLIANCE WITH FEBRUARY 11, 2009 ORDER [DKT 34]**

       Ryan Christopher Rodems, Esquire, and Barker, Rodems & Cook, P.A. notify the Court that they have complied with the February 11, 2009 Order, Dkt 34, by serving the Order on Plaintiff Dennis Hunt by Certified Mail, Return Receipt Requested, and on February 24, 2009, the undersigned received the receipt indicating Plaintiff received the envelope enclosing the February 11, 2009 Order. A true and correct copy of the envelope, contents mailed, and return receipt are attached hereto.

       DATED this 24th day of February, 2009.

                                        **/s/ Ryan Christopher Rodems**
                                        RYAN CHRISTOPHER RODEMS, ESQUIRE
                                        Florida Bar No. 947652
                                        Attorney for Plaintiff
                                        BARKER, RODEMS & COOK, P.A.
                                        400 North Ashley Drive, Suite 2100
                                        Tampa, Florida 33602
                                        Telephone: (813) 489-1001
                                        Fax: (813) 489-1008
                                        E-mail: rodems@barkerrodemsandcook.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on February 6, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following, counsel for Defendant: Stephen Todd, Esquire [ToddS@hillsboroughcounty.org]. I also served a copy of this motion on Plaintiff, Dennis Hunt, by electronic mail to huntdennis2007@yahoo.com and by U.S. Mail to: 2319 Nantucket Drive
Sun City Center, Florida 33573.

                                        **/s/ Ryan Christopher Rodems**
                                        RYAN CHRISTOPHER RODEMS, ESQUIRE

Barker, Rodems & Cook, P.A.
400 North Ashley Drive, Suite 2100
Tampa, Florida 33602

Hunt - 08.5595

CERTIFIED MAIL™

7007 3020 0000 4131 5122



Dennis Hunt
2319 Nantucket Drive
Sun City Center, Florida 33573



02 1P
0002570237  FEB 12 2009
MAILED FROM ZIPCODE 33606
$005.32⁰
UNITED STATES POSTAGE
PITNEY BOWES

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

mailed 2/12/09
Postmark Here

Total Postage: Dennis Hunt
Sent To: 2319 Nantucket Drive
Street, Apt. No. or PO Box No.: Sun City Center, Florida 33573
City, State, ZIP:

7007 3020 0000 4131 5122

PS Form 3800, August 2006    See Reverse for Instructions

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**DENNIS HUNT,**

    Plaintiff,

v.                                Case No. 8:07-cv-1168-T-30TGW

**HILLSBOROUGH COUNTY, et al.,**

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Barker, Rodems & Cook's. P.A. ("Plaintiff's Counsel") Motion for Leave to Withdraw as Attorneys of Record and Motion to Stay Proceedings and Toll Response to Defendants' Motion for Summary Judgment (Dkt. 33). Upon review and consideration, it is ORDERED AND ADJUDGED that:

1.     Plaintiff's Counsel's Motion (Dkt. 33) is **GRANTED**.

2.     Ryan Christopher Rodems, Esq., and the law firm of Barker, Rodems & Cook, P.A., are relieved of any further duty as counsel for Plaintiff upon the condition that counsel serves Plaintiff with a copy of this Order, **by either personal service or certified mail, within ten (10) days of the date of this Order.** Additionally, counsel shall file in this cause a certificate of service of a copy of this Order, showing the date of such service if served personally or a return receipt if served by mail.

3.     This action is **STAYED** for **thirty (30) days**, during which time Plaintiff may have substitute counsel file a Notice of Appearance or to notify the Court of his intent to

*10 days = 2/23/09 /rr*

proceed *pro se*. If no counsel files a notice of appearance, Plaintiff shall be considered as proceeding *pro se* with a record address of: **2319 Nantucket Drive, Sun City Center, Florida 33573**.

**DONE** and **ORDERED** in Tampa, Florida on February 11, 2009.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-1168.mt withdraw and stay.frm



## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dennis Hunt
   2319 Nantucket Drive
   Sun City Center, Florida   33573

2. Article Number
   *(Transfer from service label)*

   7007 3020 0000 4131 5122

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X *Dennis Hunt*     ☐ Agent
                       ☐ Addressee

B. Received by ( *Printed Name* )     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

[Postmark: SUN CITY CENTER FL 33573 USPS FEB 23 2009]