**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DENNIS HUNT,**

      **Plaintiff,**

**v.**                                                                 Case No. 8:07-cv-1168-T-30-TBM

**NORMA J. WISE, DAVID L. PILVER,**
**SANDRA KELLAHER and LAW LIBRARY**
**BOARD,**

      **Defendants.**
_____/

## NOTICE OF RESCHEDULED MEDIATION

PLEASE BE ADVISED that this case has been rescheduled for mediation to be held before Peter J. Grilli, Esq. on:

**DATE AND TIME:**     **Thursday, March 26, 2009, 9:00 a.m. (½ day)**

**LOCATION:**          **United States District Courthouse**
                       **801 North Florida Avenue**
                       **Jury Room 12A (Changed from 13A)**
                       **Tampa, Florida   33602-3800**

      I HEREBY CERTIFY that March 16, 2009 I electronically filed the foregoing document with the United States District Court, U.S. Courthouse, 801 North Florida Avenue, Tampa, Florida which will electronically send copies to:

Stephen M. Todd, Esquire

and by U.S. Mail to:

Dennis Hunt
2319 Nantucket Drive
Sun City Center, Florida 33573

/s/ Peter J. Grilli
Peter J. Grilli, Esq.
Florida Bar No. 237851
Mediator
3001 West Azeele Street
Tampa, Florida 33609
813.874.1002   Fax: 813.874.1131
email: meditr@aol.com