UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENNIS HUNT,

    Plaintiff(s),

v.                                         CASE NO.  8:07-CV-1168-T-30TBM

NORMA J. WISE, et al.,

    Defendant(s).
_____/

## AMENDED ORDER APPOINTING MEDIATOR
## AND SCHEDULING MEDIATION

Pursuant to the Court's Order of December 15, 2008, referring this case to mediation and directing the parties to select a Mediator, and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that:

The following individual is hereby **appointed** by the Court to serve as Mediator in this action:

| | |
|---|---|
| **Name of Mediator**: | PETER J. GRILLI, ESQ. |
| **Address**: | 3001 West Azeele Street |
| | Tampa, FL  33609 |
| **Telephone Number**: | 813-874-1002    Fax:  813-874-1131 |
| **E-Mail:** | meditr@aol.com |
| **Date/Time of Mediation:** | **THURSDAY, MARCH 26, 2009, at 9:00 A.M.** |
| **Place of Mediation:** | U. S. Courthouse, Jury Room #12A |

Counsel are **reminded** of their obligations to comply with the provisions in ¶¶ 4(a) an (b) of the Order of Referral. The mediator is authorized to continue or reschedule the mediation.

The Mediator's attention is drawn to the importance that within **five (5) days** following the mediation conference, the Mediator's Report as to the outcome of mediation be timely filed.

**DONE** and **ORDERED** in Tampa, Florida on March 18, 2009.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Mediator
Counsel/Parties of Record

F:\Docs\2007\07-cv-1168.appt med.wpd