**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DENNIS HUNT,**

     **Plaintiff,**

**v.**                                                                 **Case No. 8:07-cv-1168-T-30-TBM**

**NORMA J. WISE, DAVID L. PILVER and**
**LAW LIBRARY BOARD,**

     **Defendants.**
_____/

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on March 26, 2009. Plaintiff pro se, Defendants Mr. Pilver and Ms. Wise for themselves and as Law Library Board representatives, and Defendants' trial counsel attended and participated.

The parties have reached an impasse.

Done March 26, 2009 in Tampa, Florida.

                                    Respectfully submitted,

                                    /s/ Peter J. Grilli
                                    Peter J. Grilli, Esq.
                                    Florida Bar No. 237851
                                    Mediator
                                    3001 West Azeele Street
                                    Tampa, Florida 33609
                                    813.874.1002   Fax: 813.874.1131
                                    email: meditr@aol.com

I HEREBY CERTIFY that March 26, 2009 I electronically filed the foregoing document with the United States District Court, 801 North Florida Avenue, Tampa, Florida 33602 which will electronically send copies to:

Stephen M. Todd, Esquire

and by U.S. Mail to:

Dennis Hunt
2319 Nantucket Drive
Sun City Center, Florida 33573


                                          /s/ Peter J. Grilli
                                          Peter J. Grilli, Esq.