FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2009 MAY -4 PM 2:53

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

DENNIS HUNT,
          Plaintiff,

vs.

Case No. 8:07-cv-1168-T-30TBM

LAW LIBRARY BOARD,
 a Board created by
 Hillsborough County, Florida;

JURY TRIAL DEMANDED
INJUNCTIVE RELIEF REQUESTED

NORMA J. WISE,
 In her official capacity as Director
 of the James J. Lunsford Law Library,
 and individually; and,

DAVID L. PILVER,
 individually,
          Defendants.
_____/

## MOTION FOR LEAVE OF COURT
## TO AMEND PLAINTIFF'S AMENDED COMPLAINT

    COMES NOW Dennis Hunt, the Plaintiff in this cause of action, appearing PRO-SE and filing this Motion for Leave Of Court to Amend Plaintiff's Amended Complaint, and in support therefore states as follows:

1. Plaintiff is a qualified individual with disabilities and is disabled pursuant to United States Social Security Administration disability determination.

2. Plaintiff is currently addressing medical issues that demonstrate as trial and error processes, covering extended periods of time. A deprivation of a daily life process is one such issue. Medical tests and trials take time and require insurance approval.

3. Scheduling and pace of this case was set between two seasoned attorneys who actively practice law on a daily basis, both having fully equipped law offices and support staff.

4. Plaintiff has had to pick-up-the-ball where past counsel dropped it (sic) and try to catch up. The Plaintiff regularly requires additional time to complete tasks and often fails to meet set deadlines.

5. Plaintiff asks for additional time, reasonable to someone similar to him, to complete the tasks he is responsible to complete in this case.

1

6. Plaintiff has not yet consulted with defense counsel on this motion, but will do so A.S.A.P.

Wherefore the above, the Plaintiff prays this Honorable Court will grant Plaintiff Leave of Court to amend the Plaintiff's Amended Complaint.

Respectfully submitted and dated this ___4th___ day of ___May___, 2009.

*[signature: Dennis Hunt]*
DENNIS HUNT, PRO-SE
2319 Nantucket Drive
Sun City Center, FL 33573
Tel: (813) 436-9915
E-mail: huntdennis2007@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been forwarded via U.S.P.S First Class Mail to Stephen M. Todd, Senior Assistant County Attorney, P.O. Box 1110, Tampa FL 33601-1110, on this____4th____day of _____May__, 2009.

*[signature: Dennis Hunt]*
DENNIS HUNT, PRO-SE

## SWORN STATEMENT

I have read the foregoing Motion and under the penalties of perjury, I state the facts stated therein are true and correct.

___May 4, 2009___
DATE

*[signature: Dennis Hunt]*
DENNIS HUNT, PRO-SE
2319 Nantucket Drive
Sun City Center, FL 33573-8005

2