UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENNIS HUNT,
        Plaintiff,

vs.	Case No. 8:07-cv-1168-T-30TBM

LAW LIBRARY BOARD,	JURY TRIAL DEMANDED
 a Board created by	INJUNCTIVE RELIEF REQUESTED
 Hillsborough County, Florida;

NORMA J. WISE,
 In her official capacity as Director
 of the James J. Lunsford Law Library,
 and individually; and,

DAVID L. PILVER,
 individually,
        Defendants.
_____/

FIRST AMENDED AND OPPOSED
MOTION FOR ENLARGEMENT OF TIME
or
MOTION FOR LEAVE OF COURT
TO AMEND PLAINTIFF'S RESPONSES
TO DEFENDANTS MOTIONS FOR SUMMARY JUDGEMENT

    COMES NOW Dennis Hunt, the Plaintiff in this cause of action, appearing PRO-SE and filing this Motion for Enlargement of Time, or Motion For Leave Of Court to Amend Responses to Defendants Motions for Summary Judgement, and in support therefore states as follows:

1. Plaintiff is a qualified individual with disabilities and is disabled pursuant to United States Social Security Administration disability determination.

2. Plaintiff is currently addressing medical issues that demonstrate as trial and error processes, covering extended periods of time. A deprivation of a daily life process is one such issue that hinders Plaintiff. Medical tests and trials take time and require insurance approval.

3. Scheduling and pace of this case was set between two seasoned attorneys who actively practice law on a daily basis, both having fully equipped law offices and support staff.

1

4. Plaintiff has had to pick-up-the-ball where past counsel dropped it (sic) and try to catch up. As a disabled person, Plaintiff regularly requires additional time to complete tasks and often fails to meet set deadlines.

5. Plaintiff asks for additional time, reasonable to someone similar to him, to complete the tasks he is responsible to complete in this case.

6. Plaintiff has consulted with defense counsel on this motion. (see att. Exh. 29)

Wherefore the above, the Plaintiff prays this Honorable Court will grant Plaintiff a 7-day enlargement of time or leave of court to amend Plaintiff's Responses to Defendants Law Library Board, Wise and Pilver's Motions for Summary Judgement.

Respectfully submitted and dated this ___11th___ day of ___May___, 2009.

*(signature)*
DENNIS HUNT, PRO-SE
2319 Nantucket Drive
Sun City Center, FL 33573
Tel: (813) 436-9915
E-mail: huntdennis2007@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been forwarded via U.S.P.S First Class Mail to Stephen M. Todd, Senior Assistant County Attorney, P.O. Box 1110, Tampa FL 33601-1110, on this ___11th___ day of ___May___, 2009.

*(signature)*
DENNIS HUNT, PRO-SE

## SWORN STATEMENT

I have read the foregoing Motion and under the penalties of perjury, I state the facts stated therein are true and correct.

___May 11, 2009___
DATE

*(signature)*
DENNIS HUNT, PRO-SE
2319 Nantucket Drive
Sun City Center, FL 33573-8005

RE: Will you be opposing these motions?
Date: Thursday, May 7, 2009 9:29 AM
From: "Todd, Stephen" <ToddS@HillsboroughCounty.ORG>
To: "Dennis Hunt" <huntdennis2007@yahoo.com>

Mr. Hunt:

I'll address the motions separately, because I want to explain exactly why I oppose your motions.

Your Motion for Leave to Amend is very late, and you do not attach your proposed amended pleading to your motion as required by the rules, so neither I nor the Court has any idea what you want to add to or subtract from your original lawsuit by filing an amended pleading. Moreover, you did not seek my agreement before filing your Motion, as required by Rule 3.01(g). At this late stage in the case, it would onerous for everyone to reopen the pleadings to set the stage for more claims, if that is what you are trying to do, because it would require that we start from scratch to address these claims, which I will not agree to do. For all of these reasons, I oppose your Motion for Leave to Amend. Please review paragraph 2 of the Case Management Order dated 7/15/08, referring to the applicable Rules and noting that motions for leave to amend pleadings after that date will be "disfavored".

Your Motion for Leave to Amend your Responses to our MSJ's are typically not permitted unless there is some extraordinary reason, such as a crashed computer, death in the family, etc. You have already had two extensions of time to file your original Responses, which I did not oppose, and which I believe was more than fair. In addition, you have now filed Amended Responses without first seeking my agreement under the Local Rules and without seeking leave of Court, which also violates the Rules. I know you are pro se but you are required to follow the same rules I am. For these reasons I also oppose your Motion for Leave to Amend.

I will therefore file responses and/or a Motion to Strike as to all of your untimely filed documents.

Please attach a copy of this e-mail to your required Rule 3.01(g) certification so that the Court will know the Defendants' position regarding your motions.

EXHIBIT
# 29

FILED 2009 MAY 11 AM 11: 43 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA

3