UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENNIS HUNT,
                Plaintiff,
vs.                                  Case No. 8:07-cv-1168-T-30TBM

LAW LIBRARY BOARD,                JURY TRIAL DEMANDED
 a Board created by                     INJUNCTIVE RELIEF REQUESTED
 Hillsborough County, Florida;

NORMA J. WISE,
 In her official capacity as Director
 of the James J. Lunsford Law Library,
 and individually; and,

DAVID L. PILVER,
 individually,
                Defendants.
_____/

### MOTION FOR COURT PERMISSION
### TO FILE DOCUMENTS ELECTRONICALLY

COMES NOW, Dennis Hunt, the Plaintiff in this cause of action, appearing PRO-SE and filing this Motion for Court Permission to File Documents Electronically, and in support therefore would say:

1. Plaintiff moved his residence from Tampa FL to Sun City Center FL, one year ago.

2. Plaintiff commuting to Tampa to file court documents is time consuming and costly.

3. Plaintiff's automobile is 25 years old and in need of mechanical repairs.

4. Plaintiff has the ability to create electronic MS-Word and Adobe PDF documents.

5. Plaintiff has a PACER account and Internet access.

6. Defense counsel was consulted and does not intend to oppose this motion.

Wherefore the preceding, Plaintiff requests permission and instruction from the Court to file his court documents electronically. Plaintiff additionally requests that he also have permission to file his court documents with the Clerk of Court, should his computer hardware, software, or Internet access fail.

Respectfully submitted and dated this 9th day of June, 2009.

*Dennis Hunt*
DENNIS HUNT, PRO-SE
2319 Nantucket Drive
Sun City Center, FL 33573
Tel: (813) 436-9915
E-mail: huntdennis2007@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been forwarded via U.S.P.S First Class Mail to Stephen M. Todd, Senior Assistant County Attorney, P.O. Box 1110, Tampa FL 33601-1110, on this 9th day of June, 2009.

*Dennis Hunt*
DENNIS HUNT, PRO-SE

## SWORN STATEMENT

I have read the foregoing Motion and under the penalties of perjury, I state the facts stated therein are true and correct.

June 9, 2009                                             *Dennis Hunt*
DATE                                                       DENNIS HUNT, PRO-SE
                                                           2319 Nantucket Drive
                                                           Sun City Center, FL 33573-8005