UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No: 8:07-CV-1168-T-30TBM

DENNIS HUNT,

        Plaintiff,

vs.

**Notice of Interlocutory Appeal**

LAW LIBRARY BOARD, NORMA J. WISE,
and DAVID L. PILVER,

        Defendants.

_____/

     Notice is hereby given that David L. Pilver, Defendant in the above-named case,

hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the

Court's July 17, 2009 Order (Doc. 62), denying Pilver's Motion for Summary Judgment

on qualified immunity grounds.

                                          _Stephen M. Todd_

                                          Stephen M. Todd
                                          Senior Assistant County Attorney
                                          Post Office Box 1110
                                          Tampa, Florida 33601-1110
                                          (813) 272-5670
                                          FAX (813) 272-5758
                                          todds@hillsboroughcounty.org
                                          Florida Bar No. 0886203
                                          Attorney for Defendants

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on July 29, 2009, I electronically filed the foregoing
with the Clerk of the Court by using the CM/ECF system. I further certify that I supplied
a copy of the foregoing to **Dennis Hunt, 2319 Nantucket Drive, Sun City Center, FL**

1

Dockets.Justia.com

**33573-8005**, via Certified U.S. Mail, and via e-mail to **huntdennis2007@yahoo.com**.

Stephen M. Todd
Senior Assistant County Attorney