UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No: 8:07-CV-1168-T-30TBM

DENNIS HUNT,

    Plaintiff,

vs.

**Notice of Interlocutory Appeal**

LAW LIBRARY BOARD, NORMA J. WISE,
and DAVID L. PILVER,

    Defendants.
_____/

    Notice is hereby given that David L. Pilver, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Court's July 17, 2009 Order (Doc. 62), denying Pilver's Motion for Summary Judgment on qualified immunity grounds.

    */s/ Stephen M. Todd*
Stephen M. Todd
Senior Assistant County Attorney
Post Office Box 1110
Tampa, Florida 33601-1110
(813) 272-5670
FAX (813) 272-5758
todds@hillsboroughcounty.org
Florida Bar No. 0886203
Attorney for Defendants

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on July 29, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I supplied a copy of the foregoing to **Dennis Hunt, 2319 Nantucket Drive, Sun City Center, FL**

1

33573-8005, via Certified U.S. Mail, and via e-mail to **huntdennis2007@yahoo.com**.

Stephen M. Todd
Senior Assistant County Attorney