FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENNIS HUNT,

          Plaintiff,

vs.

Case No. 8:07-cv-1168-T-30TBM

LAW LIBRARY BOARD,
 a Board created by
 Hillsborough County, Florida;

JURY TRIAL DEMANDED
INJUNCTIVE RELIEF REQUESTED

NORMA J. WISE,
 In her official capacity as Director
 of the James J. Lunsford Law Library,
 and individually; and,

DAVID L. PILVER,
 individually,

          Defendants.
_____/

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND AND FILE A MOTION FOR THE DISTRICT COURT TO RECONSIDER THE FINDINGS IN ORDER (Dkt. 62) GRANTING SUMMARY JUDGEMENT TO THE DEFENDANT LAW LIBRARY BOARD AND TO DEFENDANT NORMA J. WISE

COMES NOW Dennis Hunt, the Plaintiff in this cause of action, appearing PRO-SE and pursuant F.R.C.P. 6(b) files this MOTION FOR ENLARGEMENT OF TIME TO RESPOND AND FILE A MOTION FOR THE DISTRICT COURT TO RECONSIDER THE FINDINGS IN ORDER (Dkt. 62) GRANTING SUMMARY JUDGEMENT TO THE DEFENDANT LAW LIBRARY BOARD AND TO DEFENDANT NORMA J. WISE, and in support therefore states as follows:

1.    Plaintiff has not yet consulted with defense counsel on this motion due to time constraints, but Defense Counsel has been emailed a copy of this motion for perusal.

1

2. Plaintiff wishes to file a motion for this Court to reconsider the findings in the Court's Order (Dkt. 62) granting Summary Judgment to Defendant Law Library Board and to Defendant Norma J. Wise.

3. Defense Counsel's history of making inaccurate assertions and applications of case law in this case, (Heck v Humphrey and/or the Rooker-Feldman Doctrine, ...) burdened the Plaintiff in having to respond to frivolous defense asserted arguments in motion for summary judgment, that were essentially without merit.

4. Pursuant to United States Social Security Administration disability determination, the Plaintiff is a qualified individual with disability, and therewith often requires more time to complete tasks, than what may be expected of unlike others.

Wherefore the above, the Plaintiff prays this Honorable Court will grant Plaintiff an enlargement of the time (10 days) for the Plaintiff to file his Motion for this Court to Reconsider the findings in this Court's Order (Dkt. 62) Granting Summary Judgment to Defendant Law Library Board, and to Defendant Norma J. Wise.

Respectfully submitted and dated this ___29th___ day of __July__, 2009.

*Dennis Hunt*

DENNIS HUNT, PRO-SE
2319 Nantucket Drive
Sun City Center, FL 33573
Tel: (813) 436-9915
E-mail: huntdennis2007@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been forwarded via U.S.P.S First Class Mail to Stephen M. Todd, Senior Assistant County Attorney, P.O. Box 1110, Tampa FL 33601-1110, on this ____29th____ day of ____July____, 2009.

_____
DENNIS HUNT, PRO-SE


## SWORN STATEMENT

I have read the foregoing Motion and under the penalties of perjury, I state to the best of my knowledge, the facts stated therein are true and correct.

____July 29, 2009____
DATE

_____
DENNIS HUNT, PRO-SE
2319 Nantucket Drive
Sun City Center, FL 33573-8005

3