UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Office of the Clerk
311 West Monroe Street
P.O. Box 53558
Jacksonville, Florida 32201

Sheryl L. Loesch
Clerk

Virginia M. Flick
Jacksonville/Ocala Division Manager
(904) 549-1900

June 28, 2001

## NOTICE TO COUNSEL

| | |
|---|---|
| CASE STYLE: | Whitaker v. Kelly |
| BANKRUPTCY CASE NUMBER: | 00-09224-3F7 |
| ADVERSARY NUMBER: | 01-00017 |

This is to advise you that on June 27, 2001, a Motion for withdrawal of the reference was filed and the matter has been referred to the Honorable Howell W. Melton. The case has been assigned Civil case number 3:01-cv-732-J-12.

**ALL PARTIES MUST USE THE NEW CIVIL CASE NUMBER WHEN FILING FUTURE BRIEFS, MOTIONS, RESPONSES, OR OTHER APPLICABLE PLEADINGS IN THIS CASE.**

Sincerely,

SHERYL L. LOESCH, CLERK


By:___Leilani G. Silva_____
Deputy Clerk

Copies to:
Counsel of Record
Pro Se Parties (if any)

4

F I L E   C O P Y

Date Printed: 06/28/2001

Notice sent to:

    John B. MacDonald, Esq.
    Brant, Moore, MacDonald & Wells, P.A.
    50 N. Laura St., 3100 Barnett Ctr.
    P.O. Box 4548
    Jacksonville, FL  32201-4548

    John David Osgathorpe, Esq.
    Brant, Moore, MacDonald & Wells, P.A.
    50 N. Laura St., 3100 Barnett Ctr.
    P.O. Box 4548
    Jacksonville, FL  32201-4548

    William R. O'Bryan, Esq.
    Miller, Martin & Trabue
    511 Union St.
    25th Floor, Nashville City Center
    Nashville, TN  37219

    Candice L. Reed, Esq.
    Miller & Martin, LLP
    1200 One Nashville Place, 150 4th Ave. N.
    Nashville, TN  37219-2433

    James H. Post, Esq.
    Smith, Hulsey & Busey
    225 Water St., 1800 First Union Tower
    P.O. Box 53315
    Jacksonville, FL  32201-3315