# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**DENNIS HUNT**

      **Plaintiff,**

v.                                           Case No. 8:07-cv-1168-T-30TBM

**DAVID L. PILVER**

      **Defendant.**

_____

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendant, David L. Pilver, and against Plaintiff, Dennis Hunt.

Date: May 12, 2010                         SHERYL L. LOESCH, CLERK

                                                            By: S. Boswell, Deputy Clerk